# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rodneka Perry, et al.

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:23–cv–03383
　　　　　　　　　　　　　　　　　　Honorable John Robert Blakey

Amazon Logistics, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of voluntary dismissal [38], this case is dismissed without prejudice under Rule 41(a). The Court strikes all set dates and deadlines and denies as moot Defendant's motion to compel arbitration [28]. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.